[Cite as *Pippin v. S. Ohio Correctional Facility*, 2010-Ohio-202.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

TONY PIPPIN

     Plaintiff

     v.

SOUTHERN OHIO CORRECTIONAL FACILITY

     Defendant

     Case No. 2008-08388

Judge Alan C. Travis
Magistrate Steven A. Larson

<u>JUDGMENT ENTRY</u>

{¶ 1} This case is sua sponte assigned to Judge Alan C. Travis to conduct all proceedings necessary for decision in this matter.

{¶ 2} On October 21, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 3} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
ALAN C. TRAVIS
Judge

cc:

Jennifer A. Adair               Tony Pippin, #536-301
Assistant Attorney General     878 Coitsville-Hubbard Road
150 East Gay Street, 18th Floor   Youngstown, Ohio 44505
Columbus, Ohio 43215-3130

MR/cmd
Filed January 11, 2010
To S.C. reporter January 25, 2010